Certification of Judgment (AO 451 Rev - SDNY 5/25/06)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------X

NEW YEARS NATION LLC.,　　　　　　　　　　'08 MC 459

　　　　　　　　　Plaintiff,　　　　　07 CV 6876
　　　　　　　　　　　　　　　　　　　CERTIFICATION OF JUDGMENT
　　　　　　　　　　　　　　　　　　　FOR REGISTRATION IN
　　-and-　　　　　　　　　　　　　　ANOTHER DISTRICT

E- TICKETS SOFTWEAR, INC
　　　　　　　　　Defendant.
-------------------------------------------------X

　　　　I, J. Michael McMahon, Clerk of this United States District Court certify that the attached is a true and correct copy of the judgment entered in this action on MAY 23, 2008 as it appears in the records of this court, and that:

☒　no notice of appeal has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

☐　No notice of appeal has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest orders disposing of such a motion having been entered on _____.

☐　An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____.

☐　An appeal was taken from this judgment and the appeal was dismissed by order entered on _____.

　　　　IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

JULY 24 2008

　　　　　　　　　　　　　　　　　　J. Michael McMahon
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　~~Clerk~~
　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

(Rev. 5/85) Exemplification Certificate

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

## EXEMPLIFICATION CERTIFICATE

I, __J. Michael McMahon__, Clerk of this United States District Court, keeper of the records and seal, certify that the attached document: DEFAULT JUDGMENT #08,0885, Case name: NEW YEAR'S NATION, LLC, Plaintiff, -vs- E-TICKETS SOFTWARE, INC. & AARON L. MORTENSEN, Defendants. Case number 07 civ 6876 (NRB) ELECTRONICALLY FILED IN THIS COURT ON MAY 19, 2008******************** are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at __New York, New York__ on __June 16, 2008__
City                                                                 Date

__J. Michael McMahon__                        _[signature]_
Clerk                                                      (By) Deputy Clerk

I, __Andrew J. Peck__, a Judicial Officer of this Court, certify that __J. Michael McMahon__, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

__June 16, 2008__                                  _[signature]_
Date                                                       Signature of Judicial Officer

                                                           __U.S. Magistrate Judge__
                                                           Title

I, __J. Michael McMahon__, Clerk of this United States District Court, keeper of the seal, certify that the Honorable __Andrew J. Peck__,
                                                                       Judicial Officer
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.

In testimony whereof I sign my name, and affix the seal of this Court at __Southern District__ __New York, New York__ in the State, on __June 16, 2008__
City                                                                      Date

__J. Michael McMahon__                        _[signature]_
                                                           (By) Deputy Clerk

Edward C. Greenberg, Esq. (ECG 5553)
EDWARD C. GREENBERG P.C.
570 Lexington Ave. 17th Floor
New York, New York
(212) 697-8777

Attorneys for Jann Yogman and New Year's Nation LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x



Index No.: 07 CV 6876 (NRB)

# 08.0885

NEW YEAR'S NATION, LLC,

          Plaintiff,

    -against-

E-TICKETS SOFTWARE, INC. &
AARON L. MORTENSEN,

          Defendants.
-----------------------------------------x

Index No.: 07 CV 10484

E-TICKETS SOFTWARE, Inc.,

          Plaintiff,

    -against-

NEW YEARS NATION, LLC, JANN YOGMAN, and
DOES 1-20

          Defendants.
-----------------------------------------x

DEFAULT JUDGMENT

    This action having been commenced on July 31, 2007 by the filing of the Summons and Complaint and a copy of the Summons and Complaint having been served on October 18, 2007 via substituted service pursuant to October 9, 2007 Order of this Court on the defendants E-Tickets Software Inc. & Aaron L. Mortensen, and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is:

ORDERED, ADJUDGED AND DECREED, that the plaintiff have judgment entered against the plaintiffs in the liquidated amount of $97,073.45 with interest at 9% from July 31, 2007 to ~~February 12,~~ *May 19*, 2008 amounting to $ *7,032.97* plus costs and ~~disbursements of~~ *attorneys fees* this action in the amount of $25,000. *for a total sum of $ 129,106.42* ~~This matter is also set down for an inquest hearing on~~ *NRB* ~~_____, 2008 to determine the full nature and extent of the damages owed plaintiff in this matter.~~

Dated: New York, New Yok
       ~~_____~~, 2008
       *May 19*

HON. NAOMI R. BUCHWALD

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON  5/23/08

```
      UNITED STATES
      DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
        SAN DIEGO DIVISION

      # 154371      - TC
      * * C O P Y * *
      August 22, 2008
          12:15:51


      Reg. of Judgm't.
USAO #.: 07CV6876
Amount.:              $39.00 CK
Check#.: BC2139



      Total-> $39.00



FROM: REG OF JUDGMENT
```